**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    NO. 4:12CR00170-006  SWW

KRISTIAN HOGAN                                                        DEFENDANT

<u>**ORDER**</u>

The above entitled cause came on for hearing October 19, 2015 on the government's superseding petition to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke probation [doc #265] is ***granted*** and the probation previously granted this defendant, hereby, is ***revoked***.

IT IS FURTHER ORDERED that defendant shall serve a ***term of imprisonment of EIGHT (8) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Springfield, Missouri or another medical facility where defendant will receive treatment for Hepatitis C.  It is further recommended that defendant participate in non-residential substance abuse treatment and mental health counseling during incarceration.

There will be ***TWO (2) YEARS of supervised release*** following the term of

incarceration.   All general and standard  conditions of supervised  release previously imposed remain in full force and effect and shall include the following special conditions:

1.  Defendant shall reside and participate in a residential re-entry center under the guidance and supervision of the U. S. Probation Office for a period of *SIX (6) MONTHS*  and will abide by all the rules and regulations of that facility.

2.  Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer,  in a substance  abuse  treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of supervision. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office.  In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived. (This special condition overrides the 7th Standard Condition of Supervision on the Judgment and Commitment order regarding alcohol consumption).

3.  The defendant shall participate in mental health counseling under the guidance and supervision of the U. S. Probation Office.  The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office.  In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 19th day of October 2015.

/s/Susan Webber Wright

United States District Judge