**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                                    NO. 4:12CR00170-006  SWW

KRISTIAN HOGAN                                                       DEFENDANT

**ORDER**

The above entitled cause came on for hearing February 23, 2016 on government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of counsel and the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, *revoked*, granting government's superseding petition [doc #286]. Defendant shall serve a term of imprisonment of *FOURTEEN (14) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Ft. Worth, Texas for the treatment programs, or in El Reno, Oklahoma to be close to family; and that defendant participate in substance abuse treatment programs and educational/vocational programs during incarceration.

There will be *NO* supervised release to follow.

Defendant remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 23rd ay of February 2016.

/s/Susan Webber Wright

United States District Judge